JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RICHARD P. HERMAN,<br><br>Debtor. | Case No. 8:20-cv-01602-MCS<br><br>Bankruptcy Court Case No. 8:17-bk-14117-TA |
| RICHARD P. HERMAN, SABINA C. HERMAN,<br><br>Appellants,<br><br>v.<br><br>FOOTHILL FINANCIAL LP, KAREN S. NAYLOR,<br><br>Appellees. | Adversary Case No: 8:19-ap-01075-TA<br><br>**ORDER RE NOTICE OF DISMISSAL** |

///

///

///

///

///

///

///

1

# ORDER

Appellants Richard P. Herman and Sabina C. Herman filed a notice of dismissal. IT IS HEREBY ORDERED that this appeal is dismissed.

**IT IS SO ORDERED.**

Dated: March 30, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

cc: Bankruptcy Court